739 A.2d 130

**LOBAR, INC., Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

**No. 203 M.D. 1999.**

Supreme Court of Pennsylvania.

Oct. 14, 1999.

JURISDICTIONAL REVIEW

***ORDER***

PER CURIAM:

**AND NOW,** this 14th day of October, 1999, probable jurisdiction is herewith noted and the appeal is quashed as untimely.

739 A.2d 130

**GEORGE J. HAYDEN, INC., Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

**No. 204 M.D. 1999.**

Supreme Court of Pennsylvania.

Oct. 14, 1999.

JURISDICTIONAL REVIEW

***ORDER***

PER CURIAM:

**AND NOW,** this 14th day of October, 1999, probable jurisdiction is herewith noted and the appeal is quashed as untimely.